UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

AARON R. DARE,

                Petitioner,

   -against-                                        1:06-CR-0429 (LEK)

UNITED STATES OF AMERICA,

                Respondent.

## ORDER TO SHOW CAUSE

Upon the application of the Petitioner, filed on June 22, 2009 and all proceedings and papers had therein, it is hereby

**ORDERED,** that Respondent shall **SHOW CAUSE** before the Honorable Lawrence E. Kahn of the Northern District of New York in Albany, New York on **Friday, July 17, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, why an order should not be granted directing Respondent: (i) to provide the Petitioner with the Recorder to his surgically implanted loop monitor; (ii) to immediately adjust Petitioner's beta-blocker medication to the level and dosage ordered by Respondent's contract specialist; (iii) to reinstate Petitioner's Monitoring and Anti-Coagulation Clinics, which monitor Petitioner's (1) heart rate, blood pressure and weight and (2) anti-coagulation levels; and (iv) to reinstate Petitioner's monthly blood testing to monitor his co-morbid conditions such as hypertension and hyperlipidemia, as well as his kidney and liver functions; and it is further

**ORDERED**, that sufficient cause appearing therefore, personal service of a copy of this

1

Order and the papers upon which it is based on Respondent on or before **9:30 a.m. on Wednesday, June 24, 2009** shall constitute sufficient service thereof; and it is further

**ORDERED**, that papers in response to the Motion, if any, shall be filed with the Clerk, and served upon Petitioner on or before **Wednesday, July 8, 2009 at 9:30 a.m.**; and it is further

**ORDERED**, that Defendant's reply papers, if any, in further support of this Order to Show cause, shall be filed with the Clerk and served upon Plaintiff's counsel on or before **Friday, July 17, 2009 at 9:30 a.m.**; and it is further

**ORDERED**, that this Motion will be considered on submission of the papers without oral arguments; and it is further

**ORDERED**, that the Court is reserving judgment on Petitioner's request for a preliminary injunction and restraining order.

   **IT IS SO ORDERED.**

DATED:   June___, 2009
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge